UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL RENOWITZKY,<br><br>        Plaintiff,<br><br>    v.<br><br>ABC 7 NEWS, et al.,<br><br>        Defendants. | Case No. 17-cv-00491-SI<br><br>**JUDGMENT** |

This action was dismissed without prejudice for failure to prosecute. Dkt. No. 11. Judgment is entered accordingly.

**IT IS SO ORDERED**.

Dated:

_____
SUSAN ILLSTON
United States District Judge